ACCEPTED
03-14-00131-CV
5902417
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 2:33:02 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00131-CV

### THIRD COURT OF APPEALS
### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 2:33:02 PM
JEFFREY D. KYLE
Clerk

### *ZBRANEK CUSTOM HOMES, LTD.*

### Appellant

### v.

### *JOE ALLBAUGH AND DIANE ALLBAUGH*

### Appellees

### Appealed from the 419th Judicial District Court of
### Travis County, Texas

_____

### UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
### OF APPELLEES JOE ALLBAUGH AND DIANE ALLBAUGH

_____

Suzanne C. Radcliff
Texas Bar No. 24014420
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, TX 75201
Telephone:  (214) 462-3000
Facsimile:  (214) 462-3299
Email:      scradcliff@cozen.com

Gregory S. Hudson
State Bar No. 00790929
COZEN O'CONNOR
One Houston Center
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone:  (832) 214-3900
Facsimile:  (832) 214-3905
Email:      ghudson@cozen.com

### ATTORNEYS FOR APPELLEES

LEGAL\23347471\1

## UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF OF APPELLEES JOE AND DIANE ALLBAUGH

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees Joe and Diane Allbaugh [hereinafter "Appellees"] hereby file this unopposed motion requesting this Court grant leave to file a supplemental responsive brief, and in support thereof shows the Court as follows:

### Timeline of Appeal

Appellant's Brief was filed September 8, 2014. Appellee's Response Brief was filed October 24, 2014. Appellant's Reply Brief was filed November 13, 2014. The case was submitted on oral argument on January 28, 2015.

On June 5, 2015, Appellant filed its motion for leave to file a supplemental brief based on a recent decision by the Texas Supreme Court in *Gharda USA, Inc. v. Control Solutions, Inc.,* No. 12-0987 (Tex. May 8, 2015). The motion for leave was granted on June 5, 2015.

Appellees now seek leave to file a supplemental brief addressing the points raised in Appellant's brief and the *Gharda* case.

### Prayer

**WHEREFORE, PREMISES CONSIDERED**, Appellees Joe and Diane Allbaugh pray that this motion be granted and that they be granted leave to file a supplemental brief, and for all other and further relief to which they are justly entitled.

LEGAL\23347471\1

Respectfully submitted,

**COZEN O'CONNOR**

BY:   /s/  Suzanne C. Radcliff
        Suzanne C. Radcliff
        Texas Bar No. 24014420
        1717 Main Street, Suite 3400
        Dallas, TX 75201
        Telephone: (214) 462-3000
        Facsimile: (214) 462-3299
        Email:     scradcliff@cozen.com

- And –

Gregory S. Hudson
Texas Bar No. 00790929
COZEN O'CONNOR
One Houston Center
1221 McKinney Street
Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
Email: ghudson@cozen.com

**ATTORNEYS FOR APPELLEES**

**CERTIFICATE OF CONFERENCE**

On June 30, 2015 he undersigned attorney for Appellees conferred with Erin Westendorf, counsel for Appellant, who advised they are unopposed to the filing of this Motion.

By: /s/ Suzanne C. Radcliff

SUZANNE C. RADCLIFF

3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this document was served on the parties via Electronic Court Filing on this 30th day of June, 2015.


David E. Chamberlain
Tim Poteet
Erin Westendorf-Boyd
Chamberlain McHaney
301 Congress Avenue, 21st Floor
Austin, Texas 78701
Telephone: (512) 474-9124
Facsimile: (512) 474-8582
Emails: dchamberlain@chmc-law.com
tpoteet@chmc-law.com
ewestendorf@chmc-law. com

**Attorneys for Defendant Zbranek Custom Homes, Ltd.**


By: /s/ Suzanne C. Radcliff
Texas State Bar No. 24014420

LEGAL\23347471\1